*E-filed 11/7/05*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KRISTOPHER KILGORE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SEAGATE TECHNOLOGY,<br><br>　　　　　Defendant.<br>_____/ | Case No. 05-00981 HRL<br><br>**ORDER OF DISMISSAL** |

　　　The court is informed that the parties have entered a full settlement in the above-entitled action. Accordingly, the court vacates all scheduled appearances before it.

　　　IT IS HEREBY ORDERED that this action be dismissed with prejudice; however, if any party certifies to this court, no later than January 13, 2006, with proof of service of a copy on the other party, that the agreed consideration for the settlement has not been delivered or that the settlement has not been consummated as agreed, the foregoing ORDER SHALL STAND VACATED and this cause shall be restored to the calendar and be set for trial.

　　　**IT IS SO ORDERED**.

Dated:　11/4/05　　　　　　　　　　　　____/s/ Howard R. Lloyd_____
　　　　　　　　　　　　　　　　　　　　　HOWARD R. LLOYD
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

This notice will be electronically mailed to:

Brian Stuart Kreger briank@lambertokreger.com

Raymond L. Wheeler rwheeler@mofo.com, dyeilding@mofo.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: 11/7/05            _____RNR_____
                          Chambers of Magistrate Judge Lloyd

2